# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO LAMONT CLEVELAND, SR., <br><br> Petitioner, <br><br> v. <br><br> THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Respondent. | Case No. CV 17-08664 RAO <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: August 7, 2018

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE